UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. JOHNSON,

    Plaintiff,

v.                                                Case No. 06-10939
                                                               Hon. Sean F. Cox

JAMIE FOXX, SONY RECORDS CORP.,
J RECORDS, FACE PRODUCTIONS, and
BMG/SONY ENTERTAINMENT,

    Defendants.
_____

## ORDER

This matter is before the Court following an Order to show cause why Defendant Face Productions should not be dismissed for Plaintiff's failure to prosecute. Plaintiff submitted a timely Response on October 30, 2006.

Because Defendant Face Productions failed to file an answer, Plaintiff has the burden to seek entry of default and then subsequently move for entry of default judgment. *Burrell v. Henderson*, 434 F.3d 826, 830 (6th Cir. 2006). Plaintiff is ordered to request entry of default from the clerk's officer within 10 days of entry of this Order, or Face Productions will be dismissed for Plaintiff's failure to prosecute.

    **IT IS SO ORDERED.**

                                                     **S/Sean F. Cox**
                                                   **Sean F. Cox**
                                                   **United States District Judge**

**Dated: December 26, 2006**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. JOHNSON,

    Plaintiff,

v.                                      Case No. 06-10939
                                       Hon. Sean F. Cox

JAMIE FOXX, SONY RECORDS CORP.,
J RECORDS, FACE PRODUCTIONS, and
BMG/SONY ENTERTAINMENT,

    Defendants.

_____

PROOF OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 26, 2006, by electronic means and by ordinary mail upon:

Michael A. Johnson
3501 Woodward Avenue
Detroit, Mi 48201

                                              S/Jennifer Hernandez
                                              Case Manager